In the Matter of the Application and Petition of THE CITY OF NEW YORK, Respondent, to Acquire Certain Real Estate at Mohansic and Little Mohansic Lake in the Town of Yorktown, Westchester County, New York, etc., for the Sanitary Protection of the Water Supply of the City of New York; Additional Taking; SARAH PERCY and EMILIE MAILLOT, Owners of Parcel 1, Appellants.— Order unanimously affirmed, with costs. We agree with the learned Special Term that

the commissioners were bound by the condemnation map and were without power to determine its correctness and fix a valuation upon the property upon the theory that the claimants had access to the lake or that the parcels acquired included any portion of the cottage. We also agree that the award made by the commissioners, based upon the correct theory of claimants' non-access to the lake, is grossly excessive. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.